389 A.2d 164

Commonwealth v. Coleman, Appellant.

Submitted March 21, 1977. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Steven H. Goldblatt, As-

sistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.